**\*E-FILED 12-14-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENDA NEAL,<br><br>　　　　　Plaintiff,<br>v.<br><br>ACT CONTROL TECHNOLOGY, INC.,<br><br>　　　　　Defendant.<br>_____/ | No. C09-05090 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　　The court is informed that this action has settled. In light of the settlement, all trial and pretrial dates have been vacated.

　　　　**On or before February 12, 2010**, plaintiff shall file a dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **February 23, 2010, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). Plaintiff shall file a statement in response to this Order to Show Cause **no later than February 16, 2010**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement in response to this Order.

1    SO ORDERED.

2    Dated:   December 14, 2009

3    _____
     HOWARD R. LLOYD
4    UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

5:09-cv-5090-HRL Notice will be electronically mailed to:

Ryan Scott Lee rlee@consumerlawcenter.com, akrohn@consumerlawcenter.com, ppalomo@consumerlawcenter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.